**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW DUNDON, AS THE TRUSTEE** | : | |
| **OF THE ENDO GENERAL UNSECURED** | : | **Civil Action** |
| **CREDITORS' TRUST,** | : | |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **No. 24-4221** |
| | : | |
| **ACE PROPERTY AND CASUALTY** | : | |
| **INSURANCE COMPANY, et al.,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **10th** day of **February 2026**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 316), Defendant Aspen Insurance UK Ltd.'s Joinder in the Motion (ECF No. 318), Defendant Catlin Syndicate Limited a/k/a AXA XL Syndicate Limited's Joinder in the Motion (ECF No. 320), Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition (ECF Nos. 341, 344, 349), Defendants' Reply Briefs (ECF Nos. 358, 365, 368), Plaintiff's Sur-Reply (ECF No. 379), and Defendants' Response to Plaintiff's Sur-Reply (ECF No. 388), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 316) regarding the bellwether issues identified by the Parties, *see* ECF No. 287, is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion.

2. Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 341) regarding the bellwether issues identified by the Parties, *see* ECF No. 287, is **DENIED** with respect to the **2013–2014 Products Policy Tower**, as set forth in the accompanying Memorandum Opinion.

3. The Parties shall file a joint status report on or before **February 24, 2026** identifying the issues that remain in this litigation with respect to the **2013–2014 Products Policy**

**Tower**, in light of the instant Order and accompanying Memorandum Opinion. The joint status report shall also identify any possibility for settlement at this stage.

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, JUDGE