**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW DUNDON, AS THE TRUSTEE OF THE ENDO GENERAL UNSECURED CREDITORS' TRUST,** | : : : | **Civil Action** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 24-4221** |
| | : | |
| **ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,** | : : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **10th** day of **February 2026**, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 306, 309, 312), Defendant TDC Specialty Insurance Company's Joinder in the Motions for Summary Judgment (ECF No. 313), Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition (ECF Nos. 341, 344, 349), Defendants' Reply Briefs (ECF Nos. 357, 359, 362, 375), Certain Underwriters at Lloyd's London's Joinder in the 2017–2018 Products Insurers' Reply (ECF No. 373), Plaintiff's Sur-Reply (ECF No. 379), and Defendants' Response to Plaintiff's Sur-Reply (ECF No. 388), it is hereby **ORDERED** as follows:

1. Defendants' Motions for Summary Judgment (ECF Nos. 306, 309, 312) regarding the bellwether issues identified by the Parties, *see* ECF No. 289, are **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion.

2. Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 341) regarding the bellwether issues identified by the Parties, *see* ECF No. 289, is **DENIED** with respect to the **2017–2018 Products Policy Tower**, as set forth in the accompanying Memorandum Opinion.

3. The Parties shall file a joint status report on or before **February 24, 2026** identifying the issues that remain in this litigation with respect to the **2017–2018 Products Policy**

**Tower**, in light of the instant Order and accompanying Memorandum Opinion. The

joint status report shall also identify any possibility for settlement at this stage.


BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**