IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW DUNDON, AS THE TRUSTEE : 
OF THE ENDO GENERAL UNSECURED :     **Civil Action**
CREDITORS' TRUST, :
                  *Plaintiff*, :
                   :
   v. :    **No. 24-4221**
                   :
ACE PROPERTY AND CASUALTY :
INSURANCE COMPANY, et al., :
              *Defendants*. :

## ORDER

**AND NOW**, this **10th** day of **February 2026**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 314), Defendants' Motion for Partial Summary Judgment and Joinder in part in the Products Insurers' Motions for Summary Judgment (ECF No. 323), Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition (ECF No. 339), Defendants' Reply in Support of Their Motion for Summary Judgment (ECF No. 360), Plaintiff's Sur-Reply in Support of His Cross-Motion for Partial Summary Judgment (ECF No. 381), Defendants' Response to Plaintiff's Sur-Reply (ECF No. 389), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 314) regarding the bellwether issues identified by the Parties, *see* ECF No. 286, is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion;

2. Defendants' Motion for Partial Summary Judgment (ECF No. 323) is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion;

3. Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 339) is **DENIED**, as set forth in the accompanying Memorandum Opinion;

4.  The Parties shall file a joint status report on or before **February 24, 2026** identifying the issues that remain in this litigation with respect to the **2010–2022 commercial general liability policies tower**, in light of the instant Order and accompanying Memorandum Opinion. The joint status report shall also identify any possibility for settlement at this stage.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**