IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW DUNDON, AS THE TRUSTEE OF THE ENDO GENERAL UNSECURED CREDITORS' TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO. 2:24-CV-04221-CFK |

**JOINT STATUS REPORT REGARDING THE
2010-2022 COMMERCIAL GENERAL LIABILITY POLICIES TOWER**

Pursuant to the Court's Order (Dkt. No. 397) dated February 10, 2026, Plaintiff Matthew Dundon, as the Trustee of the Endo General Unsecured Creditors' Trust, and the CGL Insurers[1] (together, the "Parties") hereby jointly submit this status report.

In the Court's Memorandum Opinion dated February 10, 2026, the Court "grant[ed] summary judgment in favor of the CGL Insurers on the Products Exclusion issue." Mem. Op. (Dkt. No. 396) at 46.

The Parties have discussed the possibility of pursuing mediation or other settlement discussions and will continue to discuss those matters as appropriate.

If the parties have not reached a settlement by April 15, 2026, the Parties respectfully submit that the appropriate next step would be that the Court grant the Parties' Joint Motion For Entry Of Rule 54(b) Final Judgment, which the Parties will file by April 15, 2026, because (1)

---

[1] The CGL Insurers are Defendants ACE Property and Casualty Insurance Company, Everest National Insurance Company, Greenwich Insurance Company, Liberty Insurance Underwriters Inc., The Ohio Casualty Insurance Company, The Phoenix Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Indemnity Company of America, Travelers Property Casualty Company of America, and XL Insurance America.

2

"there has been a final judgment on the merits, i.e., an ultimate disposition on a cognizable claim for relief; and (2) there is 'no just reason for delay.'" *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 202 (3d Cir. 2006). After it is entered, Plaintiff intends to appeal the judgment.

| | |
|---|---|
| DATED:  March 10, 2026 | Respectfully submitted, |

| | |
|---|---|
| */s/ Lee Epstein* | */s/ Bryce L. Friedman* |
| Lee M. Epstein (Bar No. 61762) | SIMPSON THACHER & BARTLETT LLP |
| FLASTER GREENBERG PC | Bryce L. Friedman (*pro hac vice*) |
| 1717 Arch Street, Suite 3300 | Joshua C. Polster (*pro hac vice*) |
| Philadelphia, PA 19103 | Matthew C. Penny (*pro hac vice*) |
| Telephone: (215) 279-9393 | Conor J. Mercadante (*pro hac vice*) |
| Fax: (215) 279.9394 | 425 Lexington Avenue |
| Email: lee.epstein@flastergreenberg.com | New York, New York 10017 |
| | Tel: (212) 455-2000 |
| Kyle A. Lonergan | Fax: (212) 455-2502 |
| James H. Smith | bfriedman@stblaw.com |
| Radu A. Lelutiu | joshua.polster@stblaw.com |
| Laura Baron | matthew.penny@stblaw.com |
| MCKOOL SMITH, P.C. | conor.mercadante@stblaw.com |
| 1301 Avenue of the Americas, 32nd Floor | |
| New York, NY 10019 | USERY & ASSOCIATES |
| Telephone: (212) 402-9400 | Michael J. McLaughlin |
| Fax: (212) 402-9444 | Mailing Address: |
| Email: klonergan@mckoolsmith.com | P.O. Box 2996 |
| jsmith@mckoolsmith.com | Hartford, Connecticut 06104-2996 |
| rlelutiu@mckoolsmith.com | Physical Address: |
| lbaron@mckoolsmith.com | 801 Lakeview Drive, Suite 300 |
| | Blue Bell, PA 19422 |
| Kami E. Quinn | Tel: (917) 778-6680 |
| Richard J. Leveridge | Fax: (844) 571-3789 |
| Jason S. Rubinstein | mjmclaug@travelers.com |
| Heather Frazier | |
| Patrick Holkins | *Attorneys for Defendants The Phoenix* |
| Meredith Neely | *Insurance Company, St. Paul Fire and* |
| GILBERT LLP | *Marine Insurance Company, Travelers* |
| 700 Pennsylvania Avenue, SE, Suite 400 | *Indemnity Company of America, and* |
| Washington, DC 20003 | *Travelers Property Casualty Company of* |
| Telephone: (202) 772-2200 | *America* |
| Fax: (202) 772-3333 | |
| Email: quinnk@gilbertlegal.com | |
| leveridger@gilbertlegal.com | |
| rubinsteinj@gilbertlegal.com | |
| frazierh@gilbertlegal.com | |
| holkinsp@gilbertlegal.com | |
| neelym@gilbertlegal.com | |
| | |
| *Attorneys for Plaintiff-Trustee Matthew Dundon* | |

| | |
|---|---|
| */s/ Michael O. Kassak* | */s/ Matthew S. Sorem* |
| Michael O. Kassak (Bar No. 40901) | Matthew S. Sorem (*admitted pro hac vice*) |
| Frank J. Perch, III (Bar No. 39908) | msorem@nicolaidesllp.com |
| WHITE AND WILLIAMS LLP | Leena Soni (*admitted pro hac vice*) |
| 1650 Market Street | lsoni@nicolaidesllp.com |
| One Liberty Place, Suite 1800 | NICOLAIDES FINK THORPE |
| Philadelphia, Pennsylvania 19103 | MICHAELIDES SULLIVAN LLP |
| (215) 864-7000 | 10 S. Wacker Dr., 36th Floor |
| | Chicago, IL 60606 |
| Michael S. Shuster (*pro hac vice*) | Telephone: (312) 585-1400 |
| Blair E. Kaminsky (*pro hac vice*) | |
| Daniel M. Sullivan (*pro hac vice*) | STEWART SMITH |
| Matthew Gurgel (*pro hac vice*) | Michael J. Smith |
| HOLWELL SHUSTER & GOLDBERG LLP | Bryan W. Petrilla |
| 425 Lexington Avenue | 300 Four Falls Corporate Center, Suite 670 |
| New York, New York 10017 | West Conshohocken, PA 19428 |
| (646) 837-5151 | T: (484) 534-8400 |
| mshuster@hsgllp.com | F: (484) 534-9470 |
| bkaminsky@hsgllp.com | msmith@stewartsmithlaw.com |
| dsullivan@hsgllp.com | bpetrilla@stewartsmithlaw.com |
| mgurgel@hsgllp.com | |
| | *Attorneys for Defendant Everest National* |
| Robert M. Mangino (*pro hac vice*) | *Insurance Company* |
| CLYDE & CO US LLP | |
| 340 Mt. Kemble Avenue, Suite 300 | |
| Morristown, New Jersey 07960 | |
| (973) 210-6700 | |
| Robert.Mangino@clydeco.us | |
| | |
| Susan Sullivan (*pro hac vice*) | |
| CLYDE & CO US LLP | |
| 355 S. Grand Avenue, Suite 1400 | |
| Los Angeles, California 90071 | |
| (213) 358-7600 | |
| Susan.Sullivan@clydeco.us | |
| | |
| *Attorneys for Defendant ACE Property and Casualty Insurance Company* | |

4

| | |
|---|---|
| */s/ Louis Kozloff* | */s/ John C. Sullivan* |
| Louis H. Kozloff | POST & SCHELL, P.C. |
| Eileen M. Bradley | John C. Sullivan |
| 1600 Market Street, Suite 1410 | Richard J. Barca |
| Philadelphia, PA 19103 | Three Logan Square – 24th Floor |
| Phone: (267) 479-6700 | 1717 Arch Street |
| Fax: (215) 665-8475 | Philadelphia, PA 19103 |
| Louis.kozloff@kennedyslaw.com | jsullivan@postschell.com |
| Eileen.bradley@kennedyslaw.com | rbarca@postschell.com |
| | |
| DENTONS US LLP | CHOATE, HALL & STEWART LLP |
| Samantha J. Wenger (*pro hac vice*) | Douglas R. Gooding (*pro hac vice*) |
| 4520 Main St., Suite 1100 | Robert A. Kole (*pro hac vice*) |
| Kansas City, MO 64111 | Caroline M. Trusty (*pro hac vice*) |
| samantha.wenger@dentons.com | Two International Place |
| Matt Nickel (*pro hac vice*) | Boston, MA 02110 |
| 100 Crescent Court, Suite 900 | dgooding@choate.com |
| Dallas, TX 75201 | rkole@choate.com |
| Matt.nickel@dentons.com | ctrusty@choate.com |
| Kathryn M. Guinn (*pro hac vice*) | |
| 1400 Wewatta Street, Suite 700 | *Attorneys for Defendants Liberty Insurance* |
| Denver, CO 80202 | *Underwriters Inc. and The Ohio Casualty* |
| katy.guinn@dentons.com | *Insurance Company* |

*Attorneys for Defendants Greenwich Insurance Company and XL Insurance America, Inc.*

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, this 10th day of March, 2026, a true and correct copy of the foregoing Joint Status Report Regarding The 2010-2022 Commercial General Liability Policies Tower has been served via ECF on all counsel of record.

                                                  */s/ Lee Epstein*
                                                  Lee Epstein