**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW DUNDON, AS THE TRUSTEE** | : | |
| **OF THE ENDO GENERAL UNSECURED** | : | **Civil Action** |
| **CREDITORS' TRUST,** | : | |
|        *Plaintiff*, | : | |
| | : | |
|   **v.** | : | **No. 24-4221** |
| | : | |
| **ACE PROPERTY AND CASUALTY** | : | |
| **INSURANCE COMPANY, et al.,** | : | |
|        *Defendants*. | : | |

## ORDER & SCHEDULING ORDER

**AND NOW**, this **19th** day of **May 2026**, upon consideration of the Parties' May 18, 2026 Joint Status Report (ECF No. 489), and the docket, it is hereby **ORDERED** that the 2016–2017 Products Policies Tower Insurers are **NOT REQUIRED** to attend the Status Conference scheduled for tomorrow, <u>May 20, 2026 at 9:30 A.M.</u>, and it is **FURTHER ORDERED** that:

1. All fact discovery shall be completed by **<u>August 19, 2026</u>**. Any motion related to a discovery dispute must be filed at least **fourteen (14) days** before the deadline for fact discovery.

2. Expert reports shall be due by **<u>September 16, 2026</u>**.

3. Rebuttal expert reports shall be due by **<u>October 14, 2026</u>**.

4. Expert discovery, if any, shall be completed by **<u>November 11, 2026</u>**.

5. Any motions for summary judgment and *Daubert* motions shall be filed on or before **<u>December 9, 2026</u> at 12:00 P.M.**[1] Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

---

[1] Counsel are directed to review Judge Kenney's Policies and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end,

6.      All trial exhibits shall be marked and exchanged on or before **January 20, 2027**.

7.      Motions in limine shall be due by **12:00 P.M. on February 3, 2027**.  The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.  If any motions in limine are filed, the motions shall be filed as one omnibus motion.

8.      **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1 on or before February 17, 2027. Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § II.H).**

9.      Within seven (7) days of before the Final Pretrial Conference parties are required to submit a joint Proposed Final Pretrial Order in accordance with the Local Civil Rule 16.1 and Judge Kenney's Policies and Procedures at § II.B.

10.     A final pretrial conference will be held on **March 3, 2027 at 10:00 A.M**. in Courtroom 11B.  At this final pretrial conference, counsel shall be prepared to address factual and legal issues, the admissibility of exhibits, scheduling issues, and settlement.

11.     A date certain **jury trial** will commence on **March 8, 2027 at 9:00 A.M. in Courtroom 11B.**  On the morning of trial, counsel are to supply the Court with two joint exhibit binders unless counsel jointly agree and certify to the Court that all documents have been

---

the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

digitalized and they will be admitted and published in that format for view to the Court, jury and witnesses.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**