**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MATTHEW DUNDON, AS THE TRUSTEE OF THE ENDO GENERAL UNSECURED CREDITORS' TRUST,** | : : : | **Civil Action** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **No. 24-4221** |
| | : | |
| **ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,** | : : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **27th** day of **July 2026**, upon consideration of Defendants Aspen Insurance UK, Ltd. ("Aspen") and Columbia Casualty Company's ("Columbia") (collectively, the "Excess Insurers") Motion for Summary Judgment (ECF No. 378), Plaintiff Matthew Dundon's (the "Trustee") Cross-Motion for Summary Judgment (ECF No. 401), the Excess Insurers' Combined Opposition to the Trustee's Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment (ECF Nos. 423), the Trustee's Reply in Support of Cross-Motion for Summary Judgment (ECF No. 431), the Excess Insurers' Sur-Reply in Support of Motion for Summary Judgment (ECF No. 433), and the Trustee's Sur-Reply in Support of Summary Judgment (ECF No. 435), it is hereby **ORDERED** as follows:

1. The Excess Insurers' Motion for Summary Judgment (ECF No. 378) regarding the Mesh Claims bellwether issues identified by the Parties, *see* ECF No. 346, is **GRANTED** as set forth in the accompanying Memorandum Opinion.

2. The Trustee's Cross-Motion for Summary Judgment (ECF No. 401) regarding the Mesh Claims bellwether issues identified by the Parties, *see* ECF No. 346, is **DENIED** as set forth in the accompanying Memorandum Opinion.

3. The Parties shall file a joint status report on or before **August 10, 2026** identifying the issues that remain in this litigation with respect to the **Mesh Claims**, in light of the instant Order and accompanying Memorandum Opinion. The joint status report shall also identify any possibility for settlement at this stage.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**