**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW DUNDON, AS THE TRUSTEE OF THE ENDO GENERAL UNSECURED CREDITORS' TRUST,** *Plaintiff*, | : | **Civil Action** |
| **v.** | : | |
| **ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,** *Defendants*. | : | **No. 24-4221** |

**ORDER**

**AND NOW**, this **26th** day of **October 2026**, upon consideration of Defendants TDC Specialty Insurance Company ("TDC") and Newline Corporate Name Limited's ("Newline's") Motion for Summary Judgment (the "Defendant's Motion") (ECF No. 468), and the docket, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**